Doc 12 Bk 5241 Pg 178
Recorded: Somerset County Jan 02,2018 10:39A
Deputy Register of Deeds Laura L Price

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, CFNA RECEIVABLES (TX), LLC, A TEXAS LIMITED LIABILITY COMPANY, SUCCESSOR BY MERGER TO CFNA RECEIVABLES (MD), LLC F/K/A CFNA RECEIVABLES (MD), INC. F/K/A CITIFINANCIAL, INC., A MARYLAND CORPORATION, WHOSE ADDRESS IS C/O CITIMORTGAGE, INC., 1000 TECHNOLOGY DRIVE, O'FALLON, MO 63368, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to CITIFINANCIAL SERVICING LLC, A DELAWARE LIMITED LIABILITY COMPANY, WHOSE ADDRESS IS C/O CITIMORTGAGE, INC., 1000 TECHNOLOGY DRIVE, O'FALLON, MO 63368 (800)922-6235, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Mortgage is dated 07/27/2005, made by TERRY KUNZ AND PEGGY ANN KUNZ to CITIFINANCIAL, INC. and recorded on 07/29/2005 in **Book 3528, Page 54 and Doc # 11003**, in the office of the Recorder of **SOMERSET** County, **Maine**.

IN WITNESS WHEREOF, this assignment was executed on __12/15__/2017 (MM/DD/YYYY).
CFNA RECEIVABLES (TX), LLC, A TEXAS LIMITED LIABILITY COMPANY, SUCCESSOR BY MERGER TO CFNA RECEIVABLES (MD), LLC F/K/A CFNA RECEIVABLES (MD), INC. F/K/A CITIFINANCIAL, INC., A MARYLAND CORPORATION

By: _____
Susan Schotsch
VICE PRESIDENT

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA   COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me on __12/15__/2017 (MM/DD/YYYY), by Susan Schotsch as VICE PRESIDENT of CFNA RECEIVABLES (TX), LLC, A TEXAS LIMITED LIABILITY COMPANY, SUCCESSOR BY MERGER TO CFNA RECEIVABLES (MD), LLC F/K/A CFNA RECEIVABLES (MD), INC. F/K/A CITIFINANCIAL, INC., A MARYLAND CORPORATION, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Nicole Shields
Notary Public - State of FLORIDA
Commission expires: 08/05/2020

NICOLE SHIELDS
Notary Public – State of Florida
My Comm. Expires August 5, 2020
Commission # GG126925

Instrument Prepared By: D.Larose/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152
When Recorded Return To: CitiFinancial Servicing, LLC, C/O Nationwide Title Clearing, Inc. 2100 Alt. 19 North, Palm Harbor, FL 34683
CF001 25651078 MAS27   DOCR T071712-04:33:10 [C-1] FRMME1






KUNZ
CARR
729KBC
2017-SA-PRIV

EXHIBIT D