```
Doc:         13 Bk 5241 Pg   179
Recorded: Somerset County Jan 02,2018 10:39A
Deputy Register of Deeds Laura L Price
```

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **CITIFINANCIAL SERVICING LLC, A DELAWARE LIMITED LIABILITY COMPANY, WHOSE ADDRESS IS C/O CITIMORTGAGE, INC., 1000 TECHNOLOGY DRIVE, O'FALLON, MO 63368**, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to **WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST A, WHOSE ADDRESS IS 1600 SOUTH DOUGLASS ROAD, SUITE 200-A, ANAHEIM, CA 92806**, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Mortgage is dated 07/27/2005, made by **TERRY KUNZ AND PEGGY ANN KUNZ** to **CITIFINANCIAL, INC.** and recorded on 07/29/2005 in **Book 3528, Page 54 and Doc # 11003**, in the office of the Recorder of **SOMERSET** County, **Maine**.

IN WITNESS WHEREOF, this assignment was executed on __12/15__/2017 (MM/DD/YYYY).
**CITIFINANCIAL SERVICING LLC, A DELAWARE LIMITED LIABILITY COMPANY**

By: _____
**Susan Schotsch**
**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA   COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me on __12/15__/2017 (MM/DD/YYYY), by Susan Schotsch as VICE PRESIDENT of CITIFINANCIAL SERVICING LLC, A DELAWARE LIMITED LIABILITY COMPANY, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Nicole Shields
Notary Public - State of FLORIDA
Commission expires: 08/05/2020



NICOLE SHIELDS
Notary Public - State of Florida
My Comm. Expires August 5, 2020
Commission # GG126925

Instrument Prepared By: D.Larose/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152
When Recorded Return To: CitiFinancial Servicing, LLC, C/O Nationwide Title Clearing, Inc. 2100 Alt. 19 North, Palm Harbor, FL 34683

DOCR T071712-04:53:19 [C-1] FRMME1

**EXHIBIT E**