Prepared By and Return To:
Kathleen Collins
Collateral Department
Meridian Asset Services, LLC
3201 34th Street South, Suite 310
St. Petersburg, FL 33711
(727) 497-4650

Space above for Recorder's use



## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR STANWICH MORTGAGE LOAN TRUST A**, whose address is **1600 SOUTH DOUGLASS ROAD, SUITE 200-A, ANAHEIM, CA 92806**, (ASSIGNOR), does hereby grant, assign and transfer to **CITIBANK, N.A., AS TRUSTEE FOR CMLTI ASSET TRUST**, whose address is **388 GREENWICH STREET, 14TH FLOOR, NEW YORK, NY 10013**, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain mortgage, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Mortgage: **7/27/2005**
Original Loan Amount: **$85,797.67**
Executed by (Borrower(s)): **TERRY KUNZ & PAGGY ANN KUNZ**
Original Lender: **CITIFINANCIAL, INC.**
Filed of Record: In Mortgage Book/Liber/Volume **3528**, Page **54**,
Document/Instrument No: **11003** in the Recording District of **SOMERSET, ME**, Recorded on **7/29/2005**.

Property more commonly described as: **289 MAIN ST, CANNAN, MAINE 04954**

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: __JAN 0 9 2019__

**WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR STANWICH MORTGAGE LOAN TRUST A, BY CARRINGTON MORTGAGE SERVICES, LLC, ITS ATTORNEY-IN-FACT**

By: _____
Elizabeth A. Ostermann
Title: Vice President, Carrington Mortgage Services, LLC

Witness Name: _____
Tamara Romero

EXHIBIT F

A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT

State of California
County of Orange

On JAN 0 9 2019, before me, Wheny Wulandari, a Notary Public, personally appeared Elizabeth A. Ostermann, VP of Default, of/for **CARRINGTON MORTGAGE SERVICES, LLC, AS ATTORNEY-IN-FACT FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR STANWICH MORTGAGE LOAN TRUST A**, personally known to me, or who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. I further certify Elizabeth A. Ostermann, signed, sealed, attested and delivered this document as a voluntary act in my presence.

Witness my hand and official seal.

(Notary Name): Wheny Wulandari
My commission expires: OCT 17 2021

WHENY WULANDARI
Notary Public - California
Orange County
Commission # 2214915
My Comm. Expires Oct 17, 2021