Prepared By and Return To:

Collateral Department
Meridian Asset Services, LLC
3201 34th Street South, Suite 310
St. Petersburg, FL 33711
(239) 351-2442

Loan No: 2850893

Space above for Recorder's use



## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **CITIGROUP MORTGAGE LOAN TRUST 2019-RP1**, whose address is **60 LIVINGSTON AVENUE, EP-MN-WS3D, ST. PAUL, MN 55107**, (ASSIGNOR), does hereby grant, assign and transfer to **U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF CITIGROUP MORTGAGE LOAN TRUST 2019-RP1**, whose address is **1011 CENTRE ROAD SUITE 203 MAIL CODE: EX-DE-WD2D, WILMINGTON, DE 19805**, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain mortgage, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Mortgage: **7/27/2005**
Original Loan Amount: **$85,797.67**
Executed by (Borrower(s)): **TERRY KUNZ & PAGGY ANN KUNZ**
Original Lender: **CITIFINANCIAL, INC.**
Filed of Record: In Mortgage Book/Liber/Volume **3528**, Page **54**
Document/Instrument No: **11003** in the Recording District of **Somerset, ME**, Recorded on **7/29/2005**.

Property more commonly described as: **289 MAIN ST, CANNAN, MAINE 04954**

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: 6/28/23

**CITIGROUP MORTGAGE LOAN TRUST 2019-RP1, BY FAY SERVICING, LLC, ITS ATTORNEY-IN-FACT**

By: Brett Gernon
Title: Assistant Secretary

Witness Name: Keith Clary


EXHIBIT H

X NA -
2

A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT

State of **TEXAS**
County of **DALLAS**

On **6/28/2023**, before me, **Dekendrick Ganison**, a Notary Public, personally appeared **Brett Gernon**, **Assistant Secretary** of/for **FAY SERVICING, LLC, AS ATTORNEY-IN-FACT FOR CITIGROUP MORTGAGE LOAN TRUST 2019-RP1**, personally known to me, or who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of **Texas** that the foregoing paragraph is true and correct. I further certify **Brett Gernon**, signed, sealed, attested and delivered this document as a voluntary act in my presence.

Witness my hand and official seal.

_(signature)_

(Notary Name): **Dekendrick Ganison**
My commission expires: **MAY 27 2025**

DEKENDRICK GANISON
Notary Public, State of Texas
Comm. Expires 05-27-2025
Notary ID 128287218

2850893 CRN0003 19493799