Prepared By and Return To:

Collateral Department
Meridian Asset Services, LLC
3201 34th Street South, Suite 310
St. Petersburg, FL 33711
(239) 351-2442

_____ Space above for Recorder's use _____



# RESCISSION OF ASSIGNMENT OF MORTGAGE

Through inadvertence and mistake the undersigned executed an Assignment of Mortgage referenced below in the official records of said county. The undersigned state that they hereby INVALIDATE and NULLIFY the assignment to the same extent and effect as though the assignment had never been issued and recorded.

Filed of Record: 07/18/2023 In Book/Liber/Volume 6029, Page 211,
Document/Instrument No: N/A in the Recording District of Somerset, ME #7161
Assignor: CITIGROUP MORTGAGE LOAN TRUST 2019-RP1
Assignee: U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF CITIGROUP MORTGAGE LOAN TRUST 2019-RP1

The Assignment of Mortgage refers to the following described Mortgage:
Borrower(s): TERRY KUNZ & PAGGY ANN KUNZ
Lender: CITIFINANCIAL, INC.
Filed of Record: 7/29/2005 in Book/Liber/Volume 3528, Page 54, Instrument No: 11003 in the Recording District of Somerset, ME.

Property more commonly described as: 289 MAIN ST, CANNAN, MAINE 04954


EXHIBIT
I

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: 1/3/24

CITIGROUP MORTGAGE LOAN TRUST 2019-RP1, BY FAY SERVICING, LLC, ITS ATTORNEY-IN-FACT

By: Brett Gernon
Title: Assistant Secretary

Witness Name: Lashunda Frost

---

A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT

---

State of **Texas**
County of **Dallas**

On **JAN 0 3 2024**, before me, **Dekendrick Ganison** a Notary Public, personally appeared **Brett Gernon**, **Assistant Secretary** of/for FAY SERVICING, LLC, AS ATTORNEY-IN-FACT FOR CITIGROUP MORTGAGE LOAN TRUST 2019-RP1, personally known to me, or who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of **Texas** that the foregoing paragraph is true and correct. I further certify **Brett Gernon**, signed, sealed, attested and delivered this document as a voluntary act in my presence.

Witness my hand and official seal.

(Notary Name): Dekendrick Ganison
My commission expires: **MAY 2 7 2025**

DEKENDRICK GANISON
Notary Public, State of Texas
Comm. Expires 05-27-2025
Notary ID 128287218