Prepared By and Return To:

Collateral Department
Meridian Asset Services, LLC
3201 34th Street South, Suite 310
St. Petersburg, FL 33711
(239) 351-2442

Space above for Recorder's use

## CORRECTIVE ASSIGNMENT OF MORTGAGE

***This Assignment is being recorded to correct and replace the Assignment recorded on 07/12/2019 as Book/Page/Instrument# 5433/224/8043 in the records of the Clerk of Somerset County, ME to correct the assignee***

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **CITIBANK, N.A., AS TRUSTEE FOR CMLTI ASSET TRUST**, whose address is **388 GREENWICH STREET, 14TH FLOOR, NEW YORK, NY 10013**, (ASSIGNOR), does hereby grant, assign and transfer to **U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF CITIGROUP MORTGAGE LOAN TRUST 2019-RP1**, whose address is **1011 CENTRE ROAD SUITE 203, MAIL CODE: EX-DE-WD2D, WILMINGTON, DE 19805**, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain mortgage, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Mortgage: **7/27/2005**
Original Loan Amount: **$85,797.67**
Executed by (Borrower(s)): **TERRY KUNZ & PAGGY ANN KUNZ**
Original Lender: **CITIFINANCIAL, INC.**
Filed of Record: In Mortgage Book/Liber/Volume **3528**, Page **54**
Document/Instrument No: **11003** in the Recording District of **Somerset, ME**, Recorded on **7/29/2005**.

Property more commonly described as: **289 MAIN ST, CANNAN, MAINE 04954**

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: 1/12/24

**CITIBANK, N.A., AS TRUSTEE FOR CMLTI ASSET TRUST, BY FAY SERVICING, LLC, ITS ATTORNEY-IN-FACT**

By: Brett Gernon
Title: Assistant Secretary

Witness Name: LaShunda Frost


EXHIBIT J

A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT

State of **Texas**
County of **Dallas**

On **1.12.2024**, before me, **Dekendrick Ganison**, a Notary Public, personally appeared **Brett Gernon**, **Assistant Secretary** of/for **FAY SERVICING, LLC, AS ATTORNEY-IN-FACT FOR CITIBANK, N.A., AS TRUSTEE FOR CMLTI ASSET TRUST**, personally known to me, or who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of **Texas** that the foregoing paragraph is true and correct. I further certify **Brett Gernon**, signed, sealed, attested and delivered this document as a voluntary act in my presence.

Witness my hand and official seal.

*[signature]*

(Notary Name): **Dekendrick Ganison**
My commission expires: **MAY 27 2025**

DEKENDRICK GANISON
Notary Public, State of Texas
Comm. Expires 05-27-2025
Notary ID 128287218